```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 05850
   CHARLOTTE METOYER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6294

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/22/2006 and was confirmed 10/19/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.00%.

     The case was dismissed after confirmation 02/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00              .00             .00
HONOR FINANCE             SECURED VEHIC        .00              .00             .00
LIONCREST HOMEOWNERS ASS  CURRENT MORTG        .00              .00             .00
LIONCREST HOMEOWNERS ASS  MORTGAGE ARRE     6742.81          466.95          929.91
PAYDAY LOAN STORE         UNSECURED       NOT FILED             .00             .00
RESURGENCE FINANCIAL LLC  UNSECURED       NOT FILED             .00             .00
EUROTECH INC              UNSECURED       NOT FILED             .00             .00
ST JAMES HOSPITAL         UNSECURED       NOT FILED             .00             .00
ST JAMES HOSPITAL & HEAL  UNSECURED       NOT FILED             .00             .00
CONSULTANT IN PATHOLOGY   UNSECURED       NOT FILED             .00             .00
ASSOCIATED RADIOLOGIST S  UNSECURED       NOT FILED             .00             .00
ST JAMES HOSPITAL ANESTH  UNSECURED       NOT FILED             .00             .00
ST JAMES HOSPITAL & HEAL  UNSECURED       NOT FILED             .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        .00              .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         925.87              .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         494.75              .00             .00
WASHINGTON MUTUAL         SECURED NOT I        .00              .00             .00
LIONCREST HOMEOWNERS ASS  NOTICE ONLY     NOT FILED             .00             .00
PIERCE & ASSOCIATES       NOTICE ONLY     NOT FILED             .00             .00
DANIEL M MOULTON          DEBTOR ATTY      2,500.00                         2,500.00
TOM VAUGHN                TRUSTEE                                             253.14
DEBTOR REFUND             REFUND                                              235.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 4,385.00

PRIORITY                                          .00
SECURED                                        929.91
   INTEREST                                    466.95

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05850 CHARLOTTE METOYER
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,500.00
TRUSTEE COMPENSATION                                            253.14
DEBTOR REFUND                                                   235.00
                                   ---------------     ---------------
TOTALS                                    4,385.00            4,385.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 05/27/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```